# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Binion , | ) | COURT MINUTES – CIVIL |
|  | ) | BEFORE:  ARTHUR J. BOYLAN |
|  | ) | U.S. CHIEF MAGISTRATE JUDGE |
| Plaintiff(s), | ) |  |
|  | ) | Case No:          cv 09-459 PJS/AJB |
| v. | ) | Date:                5/18/11 |
|  | ) | Courtroom:       9E |
| City of St. Paul, et al., | ) | Time Commenced:   9:00 a.m. |
|  | ) | Time Concluded:    11:45 a.m. |
| Defendant(s). | ) | Time in Court:    2 Hours & 45inutes |
|  | ) |  |
|  | ) |  |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Peter J. Nickitas, Theodore D. Dooley

    Defendant:    Jason M. Hiveley

**PROCEEDINGS:**

    √    Settlement reached.  Terms stated on the record.

        Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

    ☐    No settlement reached.

**Other Remarks:**

    The parties should bring any dispute about terms of the settlement to the Court for resolution.

                                                                                s/ KAT
                                                                    Judicial Assistant