UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Wendy Binion,　　　　　　　　　　　　　　　　Case No. 09-CV-459 PJS/AJB

　　　　　　　　Plaintiff,

v.

City of St. Paul, et al,

　　　　　　　　Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　The undersigned attorneys hereby advise the Court that all of Plaintiff's claims, in the above-entitled cause of action against Defendants and unnamed parties, and all of their agents and employees in every capacity and specifically, have been fully compromised, settled and dismissed.  Therefore,

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, pursuant to the terms stated on the record before Chief Magistrate Judge Arthur J. Boylan on May 18, 2011 and pursuant to the terms of the Releases, and without additional costs or disbursements to any of the parties.

　　　　IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

Dated:  June 14, 2011	IVERSON REUVERS

By: s/Jason M. Hiveley
   Jon K. Iverson, #146389
   Jason M. Hiveley, #311456
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
*Attorneys for Defendants*


TED DOOLEY LAW OFFICE, LLC

Dated:  June 14, 2011	By: s/Ted Dooley
   Ted Dooley, #198582
1595 Selby Avenue, Suite 100
St. Paul, MN 55105
(651) 292-1515
*Attorney for Plaintiff*


PETER J. NICKITAS LAW OFFICE

Dated:  June 14, 2011	By: s/Peter J. Nickitas
   Peter J. Nickitas, #212313
431 S. 7th Street, Suite 2446
P.O. Box 15221
Minneapolis, MN 55415-0221
(651) 238-3445
*Attorney for Plaintiffs*