UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WENDY BINION, | Case No. 09-CV-0459 (PJS/AJB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CITY OF ST. PAUL, PATRICK KOLODGE, RYAN JOSEPH, CHRISTOPHER KASAL, PHILIP KOSKI, MATTHEW WEBB, DOUGLAS WHITTAKER, STEVEN FRAZER, MATTHEW ST. SAUVER, | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on September 20, 2011 [Civil Docket No. 49],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: September 20, 2011      s/Patrick J. Schiltz
                               Patrick J. Schiltz
                               United States District Judge